TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRESTON KENDAL MILLION, <br><br> Plaintiff, <br><br> v. <br><br> ALLY FINANCIAL INC., <br><br> Defendant. | Case No.  2:22-cv-2534 <br><br> **ORDER DISMISSING CASE** |

    The Court, having considered the parties' stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action WITH PREJUDICE. Each party shall bear their own attorneys' fees and court costs.

    IT IS SO ORDERED.

Date: June 3, 2022

_____
The Honorable Stephen V. Wilson
United States District Judge

126856627v1